# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RIVER CITY TESTING, INC., ROB SCHUMACHER, and STEPHEN POTTER,**<br><br>        **Plaintiffs,**<br><br>    **v.**<br><br>**JACK COHEN, CRAIG RUSH, ERIC FRANCE, NATHAN LARSON, and DOES 1–10,**<br><br>        **Defendants.** | **Case No.: EDCV 20-02198-CJC (SPx)**<br><br><br>**JUDGMENT** |

Plaintiffs River City Testing, LLC, Rob Schumacher, and Stephen Potter bring this action against Defendants Jack Cohen, Craig Rush, Eric France, and Nathan Larson. Before the Court is Defendants' Motion for Summary Judgment. Having considered the evidence and arguments presented, the Court hereby **ORDERS** that:

1.  Defendants' Motion for Summary Judgment is **GRANTED**.

2.  Plaintiffs shall take nothing on their complaint against Defendants.

3.  Judgment is hereby entered in favor of Defendants and against Plaintiffs.

DATED:      September 8, 2022

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE